

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00364-CV

IN RE: THE COMMITMENT OF JEFFERY LEE STODDARD

§  On Appeal from the 371st District Court

§  of Tarrant County (D371-S-13391-16)

§  September 27, 2018

§  Opinion by Chief Justice Sudderth

§  Concurrence and Dissent by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and the case is remanded to the trial court for a new trial.

It is further ordered that Appellee the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth